IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MONICA S. MORRIS,**                                                                            **PLAINTIFF**
**#712959**

**V.**                  **CASE NO. 3:19-CV-292-DPM-BD**

**SUSAN COX,** *et al.*                                                                  **DEFENDANTS**

## ORDER

Plaintiff Monica Morris has filed a civil rights complaint that, for screening purposes, adequately states deliberate-indifference claims against Defendants Cox and Dual. (#2) Accordingly, service is appropriate.

The Clerk of Court is directed to prepare summonses for Defendants Cox and Dual. The Marshal is directed to serve copies of the Complaint, with any attachments (#2), and summonses for these Defendants without requiring prepayment of fees and costs or security. Defendants Dual and Cox should be served at the Poinsett County Detention Center, 1500 Justice Drive, Harrisburg, Arkansas 72432.

IT IS SO ORDERED, this 6th day of November, 2019.

                                                                      _____
                                                                      UNITED STATES MAGISTRATE JUDGE