IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MONICA S. MORRIS
#712959                                                                    PLAINTIFF

v.                        No: 3:19-cv-292-DPM

SUSAN COX, Nurse, Poinsett
County Detention Center; DUAL,
Assistant Warden, PCDF; and
JANE DOE, Trisha, Warden-PCDF                         DEFENDANTS

# ORDER

**1.** The Court withdraws the reference.

**2.** Morris hasn't updated her address; her mail is still being returned undelivered. № 12 & № 13. Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 February 2020