IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MONICA S. MORRIS
#712959                                                                             PLAINTIFF

v.                         No: 3:19-cv-292-DPM

SUSAN COX, Nurse, Poinsett
County Detention Center; DUAL,
Assistant Warden, PCDF; and
JANE DOE, Trisha, Warden-PCDF                            DEFENDANTS

## JUDGMENT

Morris's complaint is dismissed without prejudice.

*signature*

D.P. Marshall Jr.
United States District Judge

4 February 2020